No. 02–9673.  HEATH v. SOARES, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–9674.  FLORENCE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–9676.  ROBINSON-BEY v. BRILEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02–9679.  HENRIQUEZ v. TEXAS.  Ct. App. Tex., 7th Dist. Certiorari denied.

No. 02–9693.  GUINN v. SAN BERNARDINO COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9700.  WARD v. ALESE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9707.  DEGONIA v. TAYLOR.  C. A. 8th Cir.  Certiorari denied.

No. 02–9711.  COX v. BAYER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9715.  COMPTON v. JARVIS, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 02–9716.  DAUGHTRY v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–9730.  JACKSON v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 02–9733.  ARMSTRONG v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 02–9735.  POUND v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9743.  WEBBER v. DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir.  Certiorari denied.